ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| CDM/Filanc JV | ) | ASBCA No. 59494 |
| | ) | |
| Under Contract No. N62473-10-C-5011 | ) | |

APPEARANCES FOR THE APPELLANT:      J. Kent Holland, Jr., Esq.
                                    William B. Fisher, Esq.
                                      ConstructionRisk Counsel, PLLC
                                      Vienna, VA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                      Navy Chief Trial Attorney
                                    Genifer M. Tarkowski, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

Appellant has requested that it be permitted to withdraw the referenced appeal. Appellant states that it "understands that this will effectively constitute a voluntary dismissal with prejudice". The government does not oppose the request. Accordingly, the appeal is hereby dismissed with prejudice.

Dated: 21 July 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59494, Appeal of CDM/Filanc JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals